UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. ZAKARIAN,** : | |
| : | **CIVIL ACTION NO. 3:20-0121** |
| **Petitioner** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **D.K. WHITE,** : | |
| **Respondent** : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Zakarian's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: December 3, 2020
20-0121-01-Order